IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| HENRY T. COHEN, | Case No. 6:17-cv-01834-MK |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA & COSTS PURSUANT TO 28 U.S.C § 1920 |
| COMMISSIONER,<br>Social Security Administration, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,199.34 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and costs of $400.00, for the filing fee, pursuant to 28 U.S.C § 1920. Payment of this award shall be made via check payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorneys, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program. There are no costs or expenses to be paid herein.

Dated this 5 day of March 2019

_____
Judge Mustafa T. Kasubhai
United States District Magistrate Judge

Proposed Order submitted by:
Katherine Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
keitenmiller@hwmb.net
Of Attorneys for Plaintiff